**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Julian MORALES, Defendant–
Appellant.**

No. 12–51014
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 18, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Miguel Angel Torres, Esq., El Paso, TX, for Defendant–Appellant.

Before JONES, OWEN, and GRAVES, Circuit Judges.

---

**406**

PER CURIAM: *

The attorney appointed to represent Julian Morales has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Morales has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

No. 12–51272
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 18, 2013.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.